# Order

Michigan Supreme Court
Lansing, Michigan

May 20, 2020

Bridget M. McCormack,
Chief Justice

157316

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

VHS HURON VALLEY SINAI HOSPITAL,
d/b/a DMC SURGERY HOSPITAL,
    Plaintiff-Appellant,

v

SENTINEL INSURANCE COMPANY,
    Defendant-Appellee.

SC: 157316
COA: 328005
Wayne CC: 14-009084-NF

_____/

By order of July 27, 2018, the application for leave to appeal the January 23, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *W A Foote Mem Hosp v Mich Assigned Claims Plan* (Docket No. 156622). On order of the Court, the case having been decided on October 25, 2019, 504 Mich 985 (2019), the application is again considered and, it appearing to this Court that the cases of *Pearce* v *Eaton Co Rd Comm* (Docket No. 158069) and *Brugger* v *Midland Co Bd of Rd Comm'r* (Docket No. 158304) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.

BERNSTEIN, J., did not participate because he has a family member with an interest that could be affected by the proceeding.



a0513

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2020



Clerk